Case 17-30401-sgj7    Doc 308    Filed 04/11/18    Entered 04/11/18 15:11:22    Desc Main
Document    Page 1 of 4

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

| Case No: | 17-30401 SGJ Judge: STACEY JERNIGAN | Trustee Name: | JEFFREY MIMS, TRUSTEE |
|---|---|---|---|
| Case Name: | BARSTOW MANAGEMENT, LLC | Date Filed (f) or Converted (c): | 07/07/17 (c) |
| | | 341(a) Meeting Date: | 08/09/17 |
| For Period Ending: 04/11/18 | | Claims Bar Date: | 11/08/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. HP Computer with monitor | 325.00 | 325.00 | OA | 0.00 | FA |
| 2. Wooden Desk | 200.00 | 200.00 | OA | 0.00 | FA |
| 3. 2 Filing Cabinets | 100.00 | 100.00 | OA | 0.00 | FA |
| 4. 3 Office Chairs | 90.00 | 90.00 | OA | 0.00 | FA |
| 5. HP desktop printer | 50.00 | 50.00 | OA | 0.00 | FA |
| 6. 3832 Buckingham Drive, Irving, TX | 152,010.00 | 224,175.55 | | 224,175.55 | FA |
| Trustee sold property on 12/19/17 to Diyar Real Estate, LLC. After normal closing costs, the balance of $203,666.66 was paid to American Life Insurance Company in reduction of its loan to debtor. | | | | | |
| 7. 4416 Barstow Blvd., Dallas, TX | 190,840.00 | 190,840.00 | | 191,767.18 | FA |
| 8. 4420 Barstow Blvd, Dallas, TX | 184,720.00 | 184,720.00 | | 186,371.84 | FA |
| 9. 4436 Barstow Blvd., Dallas, TX | 180,810.00 | 180,810.00 | | 195,716.11 | FA |
| 10. 4452 Barstow Blvd. Dallas, TX | 123,210.00 | 123,210.00 | | 143,178.58 | FA |
| 11. 4456 Barstow Blvd., Dallas, TX | 160,190.00 | 160,190.00 | | 183,220.58 | FA |
| 12. 4463 Barstow Blvd, Dallas, TX | 166,350.00 | 166,350.00 | | 454,123.62 | FA |
| Property sold on 12/8/17 to Courtney Urrutia; After normal closing costs the net sales proceeds of $204,755.95 were paid to American Savings Life Insurance (mortgagee) in reduction of their loan balance. | | | | | |
| 13. 4581 Barstow Blvd, Dallas, TX | 72,000.00 | 72,000.00 | | 143,029.18 | FA |
| 14. 4661 Barstow Blvd., Dallas, TX | 121,290.00 | 0.00 | OA | 0.00 | FA |
| Trustee believes no equity in this property. Uncle Jimmy's house that a reverse mortgage type transaction done with City of Dallas prepetition because of non payment for years of ad valorem taxes. | | | | | |
| 15. 2722 Jeff Street, Dallas, TX | 12,000.00 | 12,000.00 | | 18,041.26 | FA |
| 16. 1614 N. O'Connor Rd., Irving, TX | 95,720.00 | 145,070.34 | | 165,323.14 | FA |
| 17. 316 Familia Court, Irving, TX | 134,210.00 | 134,210.00 | | 322,718.35 | FA |
| Trustee sold property on 12/20/17 to Rashed Ahmed and Mohammed | | | | | |

LFORM1

Ver: 20.00h

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 2

| Case No: | 17-30401 SGJ Judge: STACEY JERNIGAN | Trustee Name: | JEFFREY MIMS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | BARSTOW MANAGEMENT, LLC | Date Filed (f) or Converted (c): | 07/07/17 (c) |
| | | 341(a) Meeting Date: | 08/09/17 |
| | | Claims Bar Date: | 11/08/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| Emran. After normal closing costs, the balance of $145,208.53 was paid to American Savings Life Insurance to pay down its loan to debtor. | | | | | |
| 18. 2212 Piedmont Street, Irving, TX | 94,360.00 | 94,360.00 | | 285,435.19 | FA |
| Trustee sold property on 11/13/17 for $142,915.19. After normal closing costs, $129,675.69 went to American Savings Life Insurance Company, mortagee on this property. | | | | | |
| 19. 2220 Piedmont Street, Irving, TX | 113,640.00 | 113,640.00 | | 312,601.33 | FA |
| Sold property on 11/13/17; after normal closing costs, $141,670.02 went to American Savings Life Insurance -- mortagee on property for partial repayment on its loan. | | | | | |
| 20. 316 Comptom Avenue, Irving, TX | 129,960.00 | 129,960.00 | | 193,489.25 | FA |
| 21. 320 Compton Avenue | 132,790.00 | 132,790.00 | | 167,817.10 | FA |
| 22. 5225 Cockrell Hill Road, Dallas, TX | 545,930.00 | 545,930.00 | | 268,718.63 | FA |
| 23. 813 Beacon Hill Drive, Irving, TX | 267,510.00 | 267,510.00 | | 299,000.00 | FA |
| 24. 6916 Trailcrest Drive, Dallas, TX | 405,940.00 | 260,000.00 | | 233,600.00 | FA |
| 25. 44 E. Arawe Circle, Irving, TX | 24,000.00 | 100,000.00 | | 105,000.00 | FA |
| 26. 309 Lloyd Court, Irving, TX | 115,160.00 | 0.00 | | 1,300.00 | FA |
| TITLE NOT IN BARSTOW NAME, IN MICHAEL ROBINSON'S NAME PERSONALLY. | | | | | |
| 27. 816 Crest Ridge Drive, Irving, TX | 218,560.00 | 218,560.00 | | 286,515.59 | FA |
| 28. 1000 Oakdale Road, Grand Prarie, TX | 68,330.00 | 68,330.00 | | 0.00 | 68,330.00 |
| 29. 1113 Oakdale Road, Grand Prarie, TX | 455,890.00 | 455,890.00 | | 0.00 | 455,890.00 |
| 30. 2651 Hardrock Road, Grand Prarie, TX | 161,040.00 | 161,040.00 | | 0.00 | 161,040.00 |
| 31. 2701 Hardrock Road, Grand Prarie, TX | 1,140.00 | 1,140.00 | | 0.00 | 1,140.00 |
| 32. 2703 Hardrock Road, Grand Prarie, TX | 1,140.00 | 1,140.00 | | 0.00 | 1,140.00 |
| 33. 2703 Hardrock Road, Grand Prarie, TX | 1,140.00 | 1,140.00 | | 0.00 | 1,140.00 |
| 34. 3302 Pluto Street, Dallas, TX | 186,270.00 | 186,270.00 | OA | 0.00 | FA |

LFORM1

Ver: 20.00h

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No: | 17-30401    SGJ    Judge: STACEY JERNIGAN | Trustee Name: | JEFFREY MIMS, TRUSTEE |
|---|---|---|---|
| Case Name: | BARSTOW MANAGEMENT, LLC | Date Filed (f) or Converted (c): | 07/07/17 (c) |
| | | 341(a) Meeting Date: | 08/09/17 |
| | | Claims Bar Date: | 11/08/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 35. 3206 Pluto Street, Dallas, TX | 175,320.00 | 175,320.00 | OA | 0.00 | FA |
| 36. 3216 Pluto Street, Dallas, TX | 6,320.00 | 6,320.00 | OA | 0.00 | FA |
| 37. 3216 Pluto Street, Dallas, TX | 6,320.00 | 6,320.00 | OA | 0.00 | FA |
| 38. 3222 Pluto Street, Dallas, TX | 6,320.00 | 6,320.00 | OA | 0.00 | FA |
| 39. 4225 Singleton Blvd, Dallas, TX | 12,540.00 | 12,540.00 | OA | 0.00 | FA |
| 40. 4225 Singleton Blvd, Dallas, TX | 25,200.00 | 25,200.00 | OA | 0.00 | FA |
| 41. Mineral Rights | 8,300.00 | 8,300.00 | | 0.00 | 8,300.00 |
| 42. 104 Helen Drive, Arlington, TX | 87,289.00 | 87,289.00 | | 125,010.00 | FA |
| 43. 3813 N,. Eugene Court, Dallas, TX | 166,160.00 | 166,160.00 | | 426,143.62 | FA |
| Trustee sold property on 11/13/17 o Mushtaque Khatri. After normal closing costs, the balance of $188,553.29 went to American Savings Life Insurance Co. to pay down their loan. | | | | | |
| 44. 2425 Anderson Stret, Irving, TX | 97,970.00 | 97,970.00 | | 302,308.93 | FA |
| Trustee sold property on 11/13/17 to Arthur Kajfosz; after normal closing costs, the balance of $135,711.73 went to American Savings Life Insurance to pay down its loan. | | | | | |
| 45. 1421 Cibola Drive, Dallas, TX | 143,150.00 | 143,150.00 | | 140,764.95 | FA |
| 46. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 47. Insurance Refund (u) | 0.00 | 946.80 | | 1,124.54 | FA |
| Refund of commercial liability policy arbitrarily cancelled by Insurance Company on 8/30/17 without notice to Trustee. | | | | | |
| 48. Condemnation Bond in registry of court, see notes | 66,869.00 | 455,000.00 | | 455,738.33 | FA |
| Reigstry of court in DFW Mistream Services LLC v. Barstow Management, LLC, et al;<br>Cause No. cc-13-05424B, Dallas County Court of Law 2 | | | | | |
| 49. Oil and Gas Lease -- see notes below (u) | 0.00 | 100.00 | | 0.00 | 100.00 |
| Trustee discovered Oil and Gas lease on part/all of "Oakdale" property | | | | | |

LFORM1    Ver: 20.00h

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 4

| Case No: | 17-30401 | SGJ | Judge: STACEY JERNIGAN | Trustee Name: | JEFFREY MIMS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | BARSTOW MANAGEMENT, LLC | | | Date Filed (f) or Converted (c): | 07/07/17 (c) |
| | | | | 341(a) Meeting Date: | 08/09/17 |
| | | | | Claims Bar Date: | 11/08/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| (commercial property scheduled on Hwy 161) while running title on this undeveloped acreage. Trustee is investigating the value of this unitized lease and attempting to discover is proceeds have been paid to secured creditor, debtor prepetition, or are in suspend with purchaser. Value is unknown at this time and according Trustee places a $100 value so as not to put an "unknown" value on Form 1. | | | | | |
| 50. 1400 Crest Ridge (u) | 0.00 | 265,000.00 | OA | 0.00 | FA |
| 51. Tax refund (u) | 0.00 | 2,327.48 | | 2,327.48 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $5,318,673.00 | $5,790,304.17 | | $5,834,560.33 | $697,080.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee has now sold approximately 24 rental properties/undeveloped residential lots). Secured Debt against the properties in the approximate amount of 2.4 Million dollars and has been paid in full as well all taxes on the sold properties. Trustee has a contract on the one remaining commerical property in this estate, known as "Oakdale" (property at Hwy. 161 and Oakdale in Grand Prarie), and this contract has been put in title company subject to due dilegence requirements of the buyer. Trustee expects signifcant equity in this case and will be filing an interim distribution request with the Court in the near future. All other assets of this estate, other than accumulated cash, mineral rights (as well as oil and gas leases) and "Oakdale", have been abandoned by Trustee and an Order obtained on same.

Initial Projected Date of Final Report (TFR): 12/31/18      Current Projected Date of Final Report (TFR): 12/31/18

LFORM1

Ver: 20.00h